AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
#### WESTERN DIVISION

| | |
|---|---|
| CAROL DIXON,<br>      Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>*Commissioner of the Social<br>Security Administration,*<br>      Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:09-CV-482-D** |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the court adopts the Memorandum & Recommendations [D.E. 29]. Plaintiff's motion for judgment on the pleadings [D.E. 16] is DENIED, defendant's motion for judgment on the pleadings [D.E. 28] is GRANTED, and defendant's final decision is AFFIRMED.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **FEBRUARY 10, 2011** WITH A COPY TO:

Cynthia M. Currin  (via CM/ECF Notice of Electronic Filing)

Candace H. Lawrence  (via CM/ECF Notice of Electronic Filing)


February 10, 2011                                            DENNIS P. IAVARONE, Clerk
Date                                                              Eastern District of North Carolina

                                                                                 /s/Debby Sawyer
                                                                                 (By) Deputy Clerk

Raleigh, North Carolina

Page 1 of 1
Case 5:09-cv-00482-D   Document 34   Filed 02/10/11   Page 1 of 1